UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN HATTRICK,<br><br>        Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No. CV-06-3035-CI<br><br>ORDER GRANTING JOINT MOTION<br>FOR STIPULATED REMAND<br>PURSUANT TO SENTENCE FOUR OF<br>42 U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 28). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 7). After considering the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will conduct further administrative proceedings including, but not limited to, the following actions: further development of the record and issuance of a new decision; further evaluation of the medical

ORDER GRANTING MOTION
FOR STIPULATED REMAND - 1

opinions and Plaintiff's credibility; further consideration of Plaintiff's residual functional capacity; and re-evaluation of steps four and five of the sequential evaluation process with the assistance of a vocational expert if necessary.

**IT IS FURTHER ORDERED:**

1. The parties' joint Motion for Remand **(Ct. Rec. 28)** is **GRANTED**.

2. Judgment shall be entered for the PLAINTIFF.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to file this Order, enter Judgment in favor of the Plaintiff, forward copies to counsel, and thereafter shall CLOSE this file.

DATED December 6, 2006.

                S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION
FOR STIPULATED REMAND - 2