UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN HATTRICK, ) | |
|       Plaintiff, ) | |
|   v. ) | NO.  CV-06-3035-CI |
| JO ANNE B. BARNHART, ) | **JUDGMENT IN A CIVIL CASE** |
| Commissioner of Social Security, ) | |
|       Defendant. ) | |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED this 6th day of December, 2006.

                                JAMES R. LARSEN
                                District Court Executive/Clerk

                                s/ L. Stejskal
                                Deputy Clerk